Hidalgo, Recurrente, *v.* El Registrador de Caguas, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de edificación.

No. 574.—Resuelto en noviembre 23, 1923.

Inscripción—Comunidad de Bienes—Consentimiento de Condueño.—Sin el consentimiento expreso de un condueño de finca rústica indivisa no puede inscribirse a favor de otro condueño la propiedad de una casa edificada sobre una parte de tal finca indivisa.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. F. Socorro.*

El registrador recurrido no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Inscrita en el registro de la propiedad la compra que Justino Hidalgo y Ramiro Mercado hicieron por partes iguales indivisas de un solar, se presentó para inscripción una escritura pública en la que Justino Hidalgo hace constar que con dinero suyo y de su esposa ha fabricado una casa en dicho solar, ocupando con ella menos de la mitad de su superficie. El registrador se negó a inscribir esa edificación en favor de Hidalgo y de su esposa por los motivos que aparecen en la nota puesta al pie del documento, la que dice así:

"Denegada la inscripción a que se refiere el precedente docu-

mento por observar que el solar descrito en el mismo se halla inscrito en común pro indiviso, y por iguales partes a nombre de Ramiro Mercado y Justino Hidalgo, no habiendo concurrido en dicha escritura el condueño señor Mercado a prestar su consentimiento para la edificación a que dicha escritura se refiere, infringiéndose con esto los artículos 401 y 404 del Código Civil; pues mientras no se divida la comunidad ningún condueño sin el consentimiento de los demás condueños puede ocupar de manera permanente parte determinada de la cosa común, y teniendo cada condueño un derecho de dominio indeterminado en el todo lo tiene en cualquier parte del todo, y una edificación como la que expresa dicho documento, priva al otro condueño de utilizar la parte ocupada por la edificación, constituyendo tal ocupación un privilegio en la cosa común a favor del condueño que edificó; y extendida en su lugar, por ese defecto insubsanable, anotación preventiva durante el término legal de ciento veinte días a favor de Don Justino Hidalgo, al folio 1 vuelto del tomo 89 del Municipio de Caguas, finca número 3459, anotación letra A.—Caguas, septiembre 3 de 1923.''

No conforme Hidalgo con esa negativa interpuso este recurso gubernativo con el fin de que ordenemos la inscripción que interesa.

Estamos conformes con las razones expresadas por el registrador en la nota recurrida, pues tienen apoyo en los artículos que cita del Código Civil. Si, como alega el recurrente, existe un consentimiento tácito del condueño para la edificación porque no la impidió, pudiendo hacerlo, y por esto está impedido de reclamar contra su condueño, será cuestión a decidir por los tribunales de justicia, pero mientras no lo hagan, el registrador está impedido de hacer la inscripción que se le pide porque no tiene que presumir que el condueño consintió en la edificación.

La nota recurrida debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.